LOUISE DEL. REESE, Respondent, *v.* ALGERNON B. REESE, Appellant.

(Argued October 18, 1932; decided November 22, 1932.)

*J. M. Richardson Lyeth, Leslie D. Dawson* and *H. Henry Ramm* for appellant.

*Carleton S. Cooke* and *Frank L. Holt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE, LEHMAN and CROUCH, JJ.